# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT L. BOLICK, LTD., d/b/a BOLICK & BOYER,  )
)
    Plaintiff, ) Case No. 2:10-cv-00353-KJD-GWF
)
vs. ) **ORDER**
)
ROBERT A. PASIONEK, )
)
    Defendants. )
)
AND RELATED CLAIMS. )
)

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on March 15, 2010. Defendant filed his Answer (#4) on March 18, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 17, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 7th day of February, 2011.

                                         *[signature]*
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge