# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT L. BOLICK, LTD., d/b/a BOLICK & BOYER,

    Plaintiff,

vs.

ROBERT A. PASIONEK,

    Defendants.

AND RELATED CLAIMS.

Case No. 2:10-cv-00353-KJD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a stipulated Discovery Plan and Scheduling Order. On February 7, 2011, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before February 17, 2011 (Order #24). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **March 4, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge